

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Baraka Mason<br><br>Petitioner,<br>V.<br>Warden Daniel Paramo; Kamala Harris<br><br>Respondent. | Civil Action No. 16cv1176-JLS-MDD<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court adopts Judge Dembin's Report and Recommendation, and denies Petitioner's Petition for Habeas Corpus.

Date: 5/18/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Lozano

M. Lozano, Deputy